UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**April Makeba Bond**
a/k/a April Makeba Pettiford  Case No. 11-80928
S.S. No.: xxx-xx-5211
Mailing Address: 510 Maymount Drive, Durham, NC 27703-

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on June 9, 2011.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 12, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 6/8/10
Lastname-SS#: Bond-5211

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Omega Armstrong | | Lease |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | BOA | | $21,679 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | BOA | 1 | $970 | N/A | n/a | $970.00 | Home, Land, Escrow |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $2,835 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,511** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **4.07** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE                    (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | CheckAgain/FISERV<br>580 Herndon Parkway<br>Suite 400<br>Herndon, VA 20170 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | AES Federal Loans<br>Post Office Box 69184<br>Harrisburg, PA 17106 | CRA Collections<br>PO Box 2103<br>Mechanicsburg, PA 17055 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Bank of America Home Loans**<br>Customer Service<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Credit Financial Services**<br>Post Office Box 451<br>Durham, NC 27702-0451 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Belk #458<br>4325 Glenwood Avenue<br>Raleigh, NC 27612 | CSDDUR<br>Post Office Box 530<br>Durham, NC 27702-0530 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Bureau of Collection Recovery<br>7575 Corporate Way<br>Eden Prairie, MN 55344 | Duke Private Diagnostic Clinic<br>Post Office Box 530<br>Durham, NC 27702-0530 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Certegy Payment Recovery Services, INC<br>11601 Roosevelt Boulevard<br>Saint Petersburg, FL 33716 | Durham County Tax Collector<br>Post Office Box 3397<br>Durham, NC 27701 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Chase Cardmember Service**<br>Post Office Box 15298<br>Wilmington, DE 19850-5298 | Durham Public Schools<br>Community Education<br>PO Box 1967<br>Durham, NC 27702-1967 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Check Processing Bureau Legal Svcs<br>130 Church Street<br>Suite 276<br>New York, NY 10007 | First Premier Bank**<br>Post Office Box 5147<br>Sioux Falls, SD 57117-5147 |
| US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Check Recovery Bureau<br>3974 Hwy 153<br>Greenville, SC 29611 | First Premier Bank**<br>Post Office Box 5524<br>Sioux Falls, SD 57117-5524 |

| | | |
|---|---|---|
| Food Lion<br>PO Box 1330<br>Salisbury, NC 28145-1330 | North Carolina Dept of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | UNC School of Dentistry<br>Dental Faculty Practice<br>Patient Accounts Office<br>Chapel Hill, NC 27599-7450 |
| Guess Company Store # 104<br>Concord, NC 28027 | Piedmont EMC<br>PO Box 1327<br>Roxboro, NC 27573 | US Attorney's Office (MD)**<br>Middle District<br>Post Office Box 1858<br>Greensboro, NC 27502-1858 |
| Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | RCS<br>CSRECS01<br>Post Office Box 1022<br>Wixom, MI 48393-1022 | |
| Iowa Student Loan<br>Post Office Box 7388<br>Des Moines, IA 50309-7388 | ROI Services<br>580 Herndon Parkway<br>Suite 100<br>Herndon, VA 20170 | |
| Jonathan Thomas<br>Incarcerated<br>Atlanta, GA | SST/Alegcy<br>4315 Pickett Road<br>Saint Joseph, MO 64503 | |
| LabCorp (Laboratory Corporation)<br>Post Office Box 2240<br>Burlington, NC 27216-2240 | T-Mobile**<br>Bankruptcy Department<br>Post Office Box 37380<br>Albuquerque, NM 87176-7380 | |
| Maxway 1845<br>672 N. Churton Street<br>Hillsborough, NC 27278 | The Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 | |
| NC Department of Justice<br>for NC Department of Revenue<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | The NC Center for Dermatology<br>6216 Fayetteville Road<br>Suite 102<br>Durham, NC 27713 | |
| New England<br>501 Bleecker Street<br>Utica, NY 13501 | TRS Recovery Services, Inc.<br>Corporate Offices<br>5251 Westheimer<br>Houston, TX 77056 | |